| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| BENBROOK LAW GROUP, PC <br> BRADLEY A. BENBROOK (SBN 177786) <br> STEPHEN M. DUVERNAY (SBN 250957) <br> 400 Capitol Mall, Suite 1610 <br> Sacramento, CA 95814 <br> Telephone: (916) 447-4900 <br> Facsimile: (916) 447-4904 | |
| ATTORNEY(S) FOR: Plaintiffs | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ULISES GARCIA; JORDAN GALLINGER; BRIAN HILL; et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:16-cv-02572 |
| v. | |
| KAMALA D. HARRIS, in her official capacity as Attorney General of California, | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                              Plaintiffs
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| ULISES GARCIA; JORDAN GALLINGER; BRIAN HILL; BROOKE HILL; CRAIG DELUZ; SCOTT DIPMAN; ALBERT DUNCAN; TRACEY GRAHAM; LISA JANG; DENNIS SERBU; MICHAEL VEREDAS; FIREARMS POLICY FOUNDATION; FIREARMS POLICY COALITION; MADISON SOCIETY FOUNDATION; and THE CALGUNS FOUNDATION | Parties/Plaintiffs |

04/18/2016                              /s/ Bradley A. Benbrook
Date                                    Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs