1  BENBROOK LAW GROUP, PC
   BRADLEY A. BENBROOK (SBN 177786)
2  STEPHEN M. DUVERNAY (SBN 250957)
   400 Capitol Mall, Suite 1610
3  Sacramento, CA 95814
   Telephone: (916) 447-4900
4  Facsimile: (916) 447-4904
   brad@benbrooklawgroup.com
5  steve@benbrooklawgroup.com

6
7  Attorneys for Plaintiffs

8
9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
11

12 ULISES GARCIA; JORDAN GALLINGER;          Case No.: 2:16-cv-02572
   BRIAN HILL; BROOKE HILL; CRAIG
13 DeLUZ; SCOTT DIPMAN; ALBERT
   DUNCAN; TRACEY GRAHAM; LISA JANG;         **PROOF OF SERVICE**
14 DENNIS SERBU; MICHAEL VEREDAS;
   FIREARMS POLICY FOUNDATION;
15 FIREARMS POLICY COALITION;
   MADISON SOCIETY FOUNDATION; and
16 THE CALGUNS FOUNDATION,

17                      Plaintiffs,

18        v.

19 KAMALA D. HARRIS, in her official capacity
   as Attorney General of California,
20
21                      Defendant.

22
23
24
25
26
27
28

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Bradley Bendbrook, 177786<br>Benbrook Law Group<br>400 Capitol Mall<br>Sacramento, CA 95814<br>TELEPHONE NO.: 916-447-4900<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

United States District Court, Central District of California
312 N. Spring St. #G-8
Los Angeles, CA 90012

PLAINTIFF/PETITIONER: Ulises Garcia, et al.

DEFENDANT/RESPONDENT: Kamala D. Harris

CASE NUMBER: 2:16-cv-02572

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.: SB707

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons In A Civil Action; Complaint; Civil Cover Sheet; Notice to Parties of Court-Directed ADR Program; Notice to Parties: Court Policy on Settlement and Use of Alternative Dispute Resolution

**BY FAX**

3. a. Party served: Kamala D. Harris, in her official capacity as Attorney General of California

   b. Person Served: Christina Hurtado - Person Authorized to Accept Service of Process

4. Address where the party was served: 300 South Spring Street
   Los Angeles, CA 90013

5. I served the party
   b. **by substituted service.** On (date): 04/21/2016    at (time): 3:45PM    I left the documents listed in item 2 with or in the presence of: Christina Hurtado - Person In Charge O

   (1) (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   d. on behalf of:

   Kamala D. Harris, in her official capacity as Attorney General of California
   under:

7. **Person who served papers**
   a. Name:          Jimmy Lizama
   b. Address:       One Legal - 194-Marin
                     504 Redwood Blvd #223
                     Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 131.65
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.:
         (iii) County

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 04/25/2016

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                    (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev Jan 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

OL# 10253916