1  KAMALA D. HARRIS
   Attorney General of California
2  MARK R. BECKINGTON
   Supervising Deputy Attorney General
3  JOHN D. ECHEVERRIA
   Deputy Attorney General
4  State Bar No. 268843
    300 South Spring Street, Suite 1702
5   Los Angeles, CA  90013
    Telephone:  (213) 897-4902
6   Fax:  (213) 897-5775
    E-mail:  John.Echeverria@doj.ca.gov
7  *Attorneys for Defendant Kamala D. Harris,
   California Attorney General*
8

9               IN THE UNITED STATES DISTRICT COURT

10             FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12

| 13 | **ULISES GARCIA; JORDAN GALLINDER; BRIAN HILL; BROOKE HILL; CRAIG DeLUZ; SCOTT DIPMAN; ALBERT DUNCAN; TRACEY GRAHAM; LISA JANG; DENNIS SERBU; MICHAEL VEREDAS; FIREARMS POLICY FOUNDATION; FIREARMS POLICY COALITION; MADISON SOCIETY FOUNDATION; and THE CALGUNS FOUNDATION,**<br><br>                         Plaintiffs,<br><br>       v.<br><br>**KAMALA D. HARRIS, in her official capacity as Attorney General of California,**<br><br>                         Defendant. | 2:16-cv-02572-BRO-AFM<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Filed:  April 20, 2016<br>Complaint Served:  April 21, 2016<br>Current Response Date:  May 12, 2016<br>New Response Date:  June 10, 2016 |
|---|---|

1  Pursuant to Local Rule 8-3, the parties to this action, by and through their
2  respective counsel, hereby stipulate as follows:
3  WHEREAS, Local Rule 8-3 provides that parties may extend the deadline to
4  initially respond to a complaint by up to thirty days without a Court Order;
5  WHEREAS, Plaintiffs filed the complaint on April 14, 2016;
6  WHEREAS, Plaintiffs served a summons and complaint by substituted service
7  on April 21, 2016; and
8  WHEREAS, Plaintiffs have agreed to extend the time by which Defendant can
9  answer or otherwise respond to the compliant, which results in Defendant's answer
10 or other response to the complaint being due on or before June 10, 2016.
11 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by
12 and between counsel for Plaintiffs and counsel for Defendant, that:
13 Defendant shall have up to and including June 10, 2016 to answer, move,
14 plead or otherwise respond to the complaint.
15 This Stipulation is not a waiver of any objection or defense that Defendant
16 may raise in any subsequent answer, motion, pleading or response to the complaint.
17
18
19
20
21
22
23
24
25
26
27
28

Case 2:16-cv-02572-BRO-AFM   Document 13   Filed 05/11/16   Page 3 of 4   Page ID #:45

Dated: May 11, 2016

KAMALA D. HARRIS
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

/s/ John D. Echeverria
-----------------------------------
JOHN D. ECHEVERRIA
Deputy Attorney General
*Attorneys for Defendant Kamala D. Harris, California Attorney General*

Dated: May 11, 2016

BRADLEY A. BENBROOK
STEPHEN M. DUVERNAY
BENBROOK LAW GROUP, PC

/s/ Bradley A. Benbrook
-----------------------------------
Bradley A. Benbrook
*Attorneys for Plaintiffs*

## **ATTESTATION UNDER LOCAL RULE 5-4.3.4**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, John D. Echeverria, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 11, 2016

/s/ John D. Echeverria
-----------------------------------
JOHN D. ECHEVERRIA

SA2016101989
52093059.doc

3

# CERTIFICATE OF SERVICE

Case Name:  **Ulises Garcia, et al. v. Kamala D. Harris**   No.  **2:16-cv-02572-BRO-AFM**

I hereby certify that on <u>May 11, 2016</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>May 11, 2016</u>, at Los Angeles, California.

|           Angela Artiga           |         /s/ Angela Artiga        |
|:---------------------------------:|:--------------------------------:|
|             Declarant             |             Signature            |

SA2016101989
52093670.doc