1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION (LOS ANGELES)

| | |
|---|---|
| **ULISES GARCIA; JORDAN GALLINGER; BRIAN HILL; BROOKE HILL; CRAIG DeLUZ; SCOTT DIPMAN; ALBERT DUNCAN; TRACEY GRAHAM; LISA JANG; DENNIS SERBU; MICHAEL VEREDAS; FIREARMS POLICY FOUNDATION; FIREARMS POLICY COALITION; MADISON SOCIETY FOUNDATION; and THE CALGUNS FOUNDATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**KAMALA D. HARRIS, in her official capacity as Attorney General of California,**<br><br>Defendant. | Case No.: 2:16-cv-02572-BRO-AFM<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS COMPLAINT**<br><br>Date:        August 8, 2016<br>Time:        1:30 p.m.<br>Courtroom: 14<br>Judge:       The Honorable Beverly Reid O'Connell<br>Acton Filed: April 14, 2016 |

1

1    Defendant California Attorney General Kamala D. Harris's motion to dismiss
2 the complaint (the "Motion") came on regularly for hearing before this Court on
3 August 8, 2016.
4    Having considered the moving and opposing papers, arguments presented at
5 the hearing, and all other matters properly presented to the Court, the Court finds
6 that the complaint fails to state a claim upon which relief can be granted.
7    **IT IS HEREBY ORDERED** that the Motion is GRANTED.  The complaint
8 is ordered dismissed with prejudice.
9    **IT IS SO ORDERED.**
10 Dated: _____
11
12                                          Hon. Beverly Reid O'Connell
                                            Judge, United States District Court
13 SA2016101989
14 52123125.doc
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | Ulises Garcia, et al. v. Kamala D. Harris | No. | 2:16-cv-02572-BRO-AFM |

I hereby certify that on <u>June 10, 2016</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>June 10, 2016</u>, at Los Angeles, California.

| Angela Artiga | /s/ Angela Artiga |
|---|---|
| Declarant | Signature |

SA2016101989
pos.pdf.doc