BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
400 Capitol Mall, Suite 1610
Sacramento, CA 95814
Telephone: (916) 447-4900
Facsimile: (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULISES GARCIA; JORDAN GALLINGER; BRIAN HILL; BROOKE HILL; CRAIG DeLUZ; SCOTT DIPMAN; ALBERT DUNCAN; TRACEY GRAHAM; LISA JANG; DENNIS SERBU; MICHAEL VEREDAS; FIREARMS POLICY FOUNDATION; FIREARMS POLICY COALITION; MADISON SOCIETY FOUNDATION; and THE CALGUNS FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>KAMALA D. HARRIS, in her official capacity as Attorney General of California,<br><br>Defendant. | Case No.: 2:16-cv-02572-BRO-AFM<br><br>**PLAINTIFFS' OBJECTION TO DEFENDANT'S REQUST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**<br><br>Hearing Date: August 8, 2016<br>Time: 1:30 p.m.<br>Courtroom: 14<br>Judge: Hon. Beverly Reid O'Connell<br><br>Action filed April 14, 2016 |

Plaintiffs submit the following objections to Defendant's Request for Judicial Notice Filed in Support of Motion to Dismiss.

1. Exhibit A, Committee Analysis of Senate Bill 707 by the California Senate Committee on Public Safety (2014-2015 Reg. Sess.), dated April 14, 2015. Plaintiffs' object to the Court taking judicial notice of Exhibit A to the extent Defendant relies on the committee analysis to introduce statements made in letters of opposition to the bill. Such statements are not a valid source of legislative history. "[A] court will generally consider only those materials indicative of the intent of the Legislature as a whole." *Metro. Water Dist. of S. Cal. v. Imperial Irrigation Dist.*, 80 Cal. App. 4th 1403, 1425 (2000). Material that does not reflect the "Legislature's collective intent," including "letters . . . expressing opinions in support of or opposition to a bill . . . generally should not be considered." *Id.* at 1426. *See also McDowell v. Watson*, 59 Cal.App.4th 1155, 1161 (1997) ("[L]etters written to those legislators in the attempt to influence [their] views must also be disregarded."). As a result, the Court should decline to take judicial notice of the reports. *See Quintano v. Mercury Casualty Co.*, 11 Cal.4th 1049, 1062 n.5 (1995) (denying request for judicial notice); *Heavenly Valley Ski Resort v. El Dorado Cnty. Bd. of Equalization*, 84 Cal.App.4th 1323, 1341 (2000) (denying request for judicial notice).

2. Exhibit B, Committee Analysis of Senate Bill 707 by the California Senate Committee on Public Safety (2014-2015 Reg. Sess.), dated July 14, 2015. Plaintiffs' object to the Court taking judicial notice of Exhibit B to the extent Defendant relies on the committee analysis to introduce statements made in letters of opposition to the bill. Such statements are not a valid source of legislative history. "[A] court will generally consider only those materials indicative of the intent of the Legislature as a whole." *Metro. Water Dist. of S. Cal. v. Imperial Irrigation Dist.*, 80 Cal. App. 4th 1403, 1425 (2000). Material that does not reflect the "Legislature's collective intent," including "letters . . . expressing opinions in support of or opposition to a bill . . . generally should not be considered." *Id.* at 1426. *See also*

*McDowell v. Watson*, 59 Cal.App.4th 1155, 1161 (1997) ("[L]etters written to those legislators in the attempt to influence [their] views must also be disregarded."). As a result, the Court should decline to take judicial notice of the reports. *See Quintano v. Mercury Casualty Co.*, 11 Cal.4th 1049, 1062 n.5 (1995) (denying request for judicial notice); *Heavenly Valley Ski Resort v. El Dorado Cnty. Bd. of Equalization*, 84 Cal.App.4th 1323, 1341 (2000) (denying request for judicial notice).

Dated: July 18, 2016            BENBROOK LAW GROUP, PC


                                By  /s Bradley A. Benbrook
                                    BRADLEY A. BENBROOK
                                    Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

Case No. 2:16-cv-02572-BRO-AFM

I hereby certify that on July 18, 2016, I electronically filed the following documents with the Clerk of the Court for the United States Central District of California by using the CM/ECF system:

**PLAINTIFFS' OBJECTION TO DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Kelly Rosenbery