## CERTIFICATE OF SERVICE

Case No. 2:16-cv-02572-BRO-AFM

I hereby certify that on July 18, 2016, I electronically filed the following documents with the Clerk of the Court for the United States Central District of California by using the CM/ECF system:

### PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/*s/ Kelly Rosenbery*_____